# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEON,<br><br>   Petitioner,<br><br>   v.<br><br>MICHAEL S. EVANS, Warden,<br><br>   Respondent. | Case No. CV 08-5192-ODW (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered denying and dismissing the First Amended Petition for Writ of Habeas Corpus with prejudice.

DATED: November 16, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE