# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GEORGE LEON,            )     Case No. CV 08-5192-ODW (JEM)

          Petitioner,    )

       v.            )     **J U D G M E N T**

MICHAEL S. EVANS, Warden, )

          Respondent.   )

     In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: November 16, 2009

                                      OTIS D. WRIGHT, II
                                UNITED STATES DISTRICT JUDGE